# EXHIBIT A

# Rosinia, Nicholas H

| | |
|---|---|
| **From:** | Ilter, Emre |
| **Sent:** | Monday, December 30, 2013 6:26 PM |
| **To:** | Alexa Mosley |
| **Cc:** | Hallerman, Mary |
| **Subject:** | RE: Laamime v Abouzaid |

I could do 11:30am tomorrow.

_____

**Emre N. Ilter**
**McDermott Will & Emery LLP**
The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001
202.756.8395 (Direct)
202.756.8087 (Fax)
202.591.2737 (eFax)
eilter@mwe.com

---

**From:** Alexa Mosley [mailto:AMosley@leffler-law.com]
**Sent:** Monday, December 30, 2013 5:48 PM
**To:** Ilter, Emre
**Cc:** Hallerman, Mary
**Subject:** RE: Laamime v Abouzaid

Do you have time tomorrow morning to talk about the designation of the immigration documents as attorneys' eyes only?

I can be available any time so please let me know what works for you.

Thank you.

Alexa K. Mosley
Leffler & Mosley, P.C.
Suite 600
10555 Main Street
Fairfax, Virginia 22030
Phone: (703) 293-9300
Cell Phone: (703) 623-1039
Facsimile: (703) 293-9301
amosley@leffler-law.com

---

**From:** Ilter, Emre [mailto:Eilter@mwe.com]
**Sent:** Monday, December 30, 2013 11:35 AM
**To:** Alexa Mosley
**Cc:** Hallerman, Mary
**Subject:** Laamime v Abouzaid

Alexa,

Per our discussion on Friday, I've checked on dates with Dr. Gorin and he could be available 1/6, 1/10 or 1/13 in the morning, but has indicated he would need to know whether/when this will occur within the next two days in order to ensure his availability.  If you anticipate the deposition going into the afternoon, please let me know and I'll ask which of those days, if any, he would be available for an extended period.

Please let me know regarding the dates we discussed for Mr. El Tarabishy and Ms. Zahedi as soon as you're able to.

Best,

Emre

_____

**Emre N. Ilter**
**McDermott Will & Emery LLP**
The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001
202.756.8395 (Direct)
202.756.8087 (Fax)
202.591.2737 (eFax)
eilter@mwe.com

****************************************************************************************************
IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.
_____

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
****************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.