# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| KHADIJA LAAMIME, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) Case No.  1:13-cv-00793-CMH-JFA |
| | ) |
| SANAA ABOUZAID and AYMAN EL TARABISHY, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S CROSS-MOTION FOR PROTECTIVE ORDER REGARDING INFORMATION RELATED TO <u>PLAINTIFF'S IMMIGRATION STATUS</u>

It is hereby ORDERED that Plaintiff's Cross-Motion for a Protective Order Regarding Information Related to Plaintiff's Immigration Status is GRANTED.  Defendants Sanaa Abouzaid and Ayman El Tarabishy are hereby precluded from seeking, obtaining, or otherwise discovering any further information regarding Plaintiff Khadija Laamime's immigration status from December 29, 2011 onward, as well from seeking, obtaining, or otherwise discovering any related documentation.

SO ORDERED

_____
The Honorable John F. Anderson
United States Magistrate Judge

Dated: _____