IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KHADIJA LAAMIME, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13cv0793 (CMH/JFA) |
| ) | |
| SANAA ABOUZAID, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

On Friday, January 3, 2014, counsel for the parties appeared before the court and presented argument on Plaintiff's Motion for Protective Order Regarding Information Related to Plaintiff's Immigration Status. (Docket no. 39) ("Motion for Protective Order on Immigration Status"). Upon consideration of the motion, plaintiff's memorandum in support (Docket no. 40), defendants' opposition (Docket no. 54), plaintiff's reply (Docket no. 56), the argument presented by counsel, and for the reasons stated from the bench, it is hereby

ORDERED that plaintiff's Motion for Protective Order on Immigration Status is granted.

Entered this 3rd day of January, 2014.

_____/s/_____
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia