IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| KHADIJA LAAMIME, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:13cv0793 (CMH/JFA) |
| | ) | |
| SANAA ABOUZAID, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

On Friday, January 3, 2014, counsel for the parties appeared before the court and presented argument on Plaintiff's Motion for a Protective Order Precluding Defendants' Physical Attendance at Plaintiff's Deposition and Defendants' Attendance at Each Other's Deposition. (Docket no. 46) ("Motion for Protective Order re: Deposition Attendance"). Upon consideration of the motion, plaintiff's memorandum in support (Docket no. 47), defendants' opposition (Docket no. 55), plaintiff's reply (Docket no. 58), the argument presented by counsel, and for the reasons stated from the bench, it is hereby

ORDERED that plaintiff's Motion for Protective Order re: Deposition Attendance is denied in part. The depositions shall proceed as ordered by the court.

Entered this 3rd day of January, 2014.

          /s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia