

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KHADIJA LAAMIME, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13cv0793 (CMH/JFA) |
| ) | |
| SANAA ABOUZAID, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Before the court is Plaintiff's Consent Motion for Leave to File under Seal Exhibit B to Plaintiff's Motion for a Protective Order Precluding Defendants' Physical Attendance at Plaintiff's Deposition and Defendants' Attendance at Each Other's Deposition. (Docket no. 49) ("Motion to Seal"). Prior to allowing documents to be filed under seal, the court must "(1) give public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000).

Upon consideration of the motion and memorandum in support (Docket no. 50), the court finds that exhibit B to plaintiff's memorandum in support of its motion for protective order (Docket nos. 47, 57) contains confidential and proprietary information to which the public does not already have access. *See In re Knight Publishing Co.*, 743 F.2d 231, 235 (4th Cir. 1984). The court also finds that plaintiff's memorandum in support of its motion for protective order has been filed publicly, that only exhibit B is omitted from the public filing, that notice of this

request has been provided, and that a less drastic alternative to sealing this exhibit is not feasible.

Accordingly, it is hereby

ORDERED that the Motion to Seal is granted.

Entered this 3rd day of January, 2014.

/s/ /s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia