IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KHADIJA LAAMIME, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 1:13-cv-00793-CMH-JFA |
| SANAA ABOUZAID and AYMAN EL TARABISHY, | ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Khadija Laamime files this Stipulation of Dismissal with Prejudice on behalf of all Parties to the instant action. Plaintiff and Defendants bear responsibility for their own attorneys' fees and costs.

We, the Parties to the instant action, by and through our respective attorneys, hereby agree to the entry of this Stipulation of Dismissal with Prejudice. This dismissal shall be deemed an adjudication on the merits.

So Ordered
Claude M. Hilton
US DJ.
Jan. 30, 2014

Date: January 29, 2014                    /s/Mary D. Hallerman

                                                    Mary D. Hallerman (VSB # 80430)
Lauren A. D'Agostino (VSB #80275)
Emre N. Ilter (admitted *pro hac vice*)
Jennifer R. Taylor (admitted *pro hac vice*)
Nicholas H. Rosinia (admitted *pro hac vice*)
McDermott Will & Emery LLP
500 North Capitol Street, N.W.
Washington, DC 20001
Telephone: 202-756-8000
Fax: 202-756-8087
Email: mhallerman@mwe.com
E-mail: eilter@mwe.com
E-mail: jrtaylor@mwe.com
E-mail: ldagostino@mwe.com
Email: nrosinia@mwe.com

*Counsel for Plaintiff Khadija Laamime*

Date: January 29, 2014                    /s/Alexa K. Mosley

                                                    Alexa K. Mosley (VSB #71300)
Leffler & Mosley, P.C.
Suite 600
10555 Main Street
Fairfax, Virginia 22030
Telephone: (703) 293-9300
Fax: (703) 293-9301
Email: amosley@leffler-law.com

*Counsel for Defendants Sanaa Abouzaid and Ayman El Tarabishy*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2014, I filed the foregoing with the Clerk of Court for the United States District Court for the Eastern District of Virginia using its CM/ECF system, which will send a Notice of Electronic Filing to:

Alexa K. Mosley (VSB # 71300)
Leffler & Mosley, P.C.
Suite 600
10555 Main Street
Fairfax, Virginia 22030
Telephone: (703) 293-9300
Fax: (703) 293-9301
Email: amosley@leffler-law.com

/s/Mary D. Hallerman

Mary D. Hallerman (VSB # 80430)
McDermott Will & Emery LLP
500 North Capitol Street, N.W.
Washington, DC 20001
Telephone: 202-756-8000
Fax: 202-756-8087
E-mail: mhallerman@mwe.com